Matter of Oleskey (2023 NY Slip Op 02371)

Matter of Oleskey

2023 NY Slip Op 02371

Decided on May 4, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:May 4, 2023

PM-95-23
[*1]In the Matter of Stephen Howes Oleskey, an Attorney. (Attorney Registration No. 1824275.)

Calendar Date:May 1, 2023

Before:Egan Jr., J.P., Clark, Pritzker, Ceresia and McShan, JJ.

Stephen Howes Oleskey, Brookline, Massachusetts, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Stephen Howes Oleskey was admitted to practice by this Court in 1982 and lists a business address in Boston, Massachusetts with the Office of Court Administration. Oleskey now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Oleskey's application.
Upon reading Oleskey's affidavit sworn to March 2, 2023 and filed March 28, 2023, and upon reading the April 26, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that Oleskey is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Egan Jr., J.P., Clark, Pritzker, Ceresia and McShan, JJ., concur.
ORDERED that Stephen Howes Oleskey's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Stephen Howes Oleskey's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Stephen Howes Oleskey is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Oleskey is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Stephen Howes Oleskey shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.